1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francsica Moralez

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   FRANCISCA MORALEZ,                )   No.  4:16-cv-06868-YGR
12                                    )
           Plaintiff,                 )   **NOTICE OF SETTLEMENT OF ENTIRE**
13                                    )   **ACTION**
       vs.                            )
14                                    )
   J & R SAHOTA, INC. dba DAVE'S      )
15 LIQUORS; FAR EAST PROPERTIES, INC.,)
                                      )
16                                    )
           Defendants.                )
17                                    )
                                      )
18 _____)

19     Notice is hereby given that Plaintiff Francisca Moralez ("Plaintiff") has settled the

20 above-captioned matter with all Defendants. Plaintiff requests that she be given to and

21 including March 13, 2017 to file the dispositional documents in order to afford the Parties time

22 to complete the settlement.

23

24 Dated: February 9, 2017                          MISSION LAW FIRM, A.P.C.

25

26                                                  */s/ Tanya E. Moore*
                                                    Tanya E. Moore
27                                                  Attorneys for Plaintiff,
                                                    Francisca Moralez
28