1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francisca Moralez

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 FRANCISCA MORALEZ,            )   No.  4:16-cv-06868-YGR
                                 )
13         Plaintiff,             )   **STIPULATION FOR DISMISSAL OF**
                                 )   **ENTIRE ACTION**
14     vs.                        )
                                 )
15 J & R SAHOTA, INC. dba DAVE'S  )
   LIQUORS; FAR EAST PROPERTIES, INC., )
16                               )
17         Defendants.            )
                                 )
18                               )
                                 )
19 ─────────────────────────────── )

20

21

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, J & R Sahota, Inc. dba Dave's Liquors; and Far East Properties, Inc., the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: February 15, 2017				MISSION LAW FIRM, A.P.C.


						/s/ Tanya E. Moore
						Tanya E. Moore
						Attorneys for Plaintiff,
						Francisca Moralez


Dated: February 15, 2017				ALVIS QUASHNOCK AND ASSOCIATES, PC


						/s/ Marie G. Quashnock
						Marie G. Quashnock
						Attorneys for Defendants,
						J & R Sahota, Inc. dba Dave's Liquors;
						and Far East Properties, Inc.