1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francisca Moralez

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  FRANCISCA MORALEZ,              )  No.  4:16-cv-06868-YGR
                                    )     ORDER GRANTING
13            Plaintiff,            )  **STIPULATION FOR DISMISSAL OF**
                                    )  **ENTIRE ACTION**
14        vs.                       )
                                    )
15  J & R SAHOTA, INC. dba DAVE'S   )
    LIQUORS; FAR EAST PROPERTIES, INC., )
16                                  )
                                    )
17            Defendants.           )
                                    )
18                                  )
                                    )
19  _____)

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca Moralez and Defendants, J & R Sahota, Inc. dba Dave's Liquors; and Far East Properties, Inc., the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: February 15, 2017         MISSION LAW FIRM, A.P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff,
                                  Francisca Moralez

Dated: February 15, 2017         ALVIS QUASHNOCK AND ASSOCIATES, PC

                                  */s/ Marie G. Quashnock*
                                  Marie G. Quashnock
                                  Attorneys for Defendants,
                                  J & R Sahota, Inc. dba Dave's Liquors;
                                  and Far East Properties, Inc.

ORDER

Based upon the stipulation of the parties, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: February 17, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT